772 A.2d 415

Kelly R. MORRISON and Linda E. Morrison,
husband and wife, Appellants,

v.

MOUNTAIN LAUREL ASSURANCE COMPANY, Progressive
Casualty Insurance Company, Progressive Corporation,
and Progressive Insurance Company, Appellees.

Supreme Court of Pennsylvania.

Argued March 6, 2001.

Decided May 21, 2001.

Louis M. Tarasi, Pittsburg, for Pennsylvania Trial Lawyers Association.

Dara A. DeCourcy, Pittsburg, Richard Hodyl, Jr., for National Association of Independent Insurers.

Kelly M. Tocci, Aliquippa, Michael B. James, for Kelly Morrison, et al.

Jeffrey A. Ramaley, Mark T. Caloyer, Dara A. DeCourcy, Pittsburg, for Mountain Laurel, et al.

Before FLAHERTY, C.J., ZAPPALA, CAPPY, CASTILLE, SAYLOR, JJ.

## ORDER

PER CURIAM:

AND NOW, this 21st day of May, 2001, this appeal is dismissed as having been improvidently granted.

Justice NIGRO and Justice NEWMAN did not participate in the consideration or decision of this case.